PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:19cr61 LG-RHW

DANNIE CURLEE, JR.
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 3rd day of April, 2019.

This the 3rd day of April, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
Andrea C. Jones
Assistant United States Attorney
MSB # 7664

Warrant issued:_____

HSI / ACJ