IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:19-cr-00061-LG-RHW

DANNIE CURLEE

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes D. Michael Hurst, Jr., United States Attorney, in and for the Southern

District of Mississippi, and respectfully represents:

That DANNIE CURLEE is presently in custody of the Warden of the Pearl River County

Detention Facility, Poplarville, Mississippi and is a defendant in this cause, and his presence is

required in the Southern District of Mississippi at Gulfport, Mississippi, on April 24, 2019 at

10:00 a.m. for certain proceedings in regard to the above-mentioned criminal action wherein he

is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad

Prosequendum issue directing the Warden of the Pearl River County Detention Facility,

Poplarville, Mississippi to deliver the body of DANNIE CURLEE to any United States Marshal,

or his deputy or any authorized law enforcement officer, and have him there on April 24, 2019 at

10:00 a.m. for certain proceedings and thereafter at such times and places as required by the

Court until the case is disposed of, and thereafter any United States Marshal, or his deputy or any

authorized law enforcement officer, shall return the defendant to the Warden aforesaid under safe

and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Dated this the 17th day of April, 2019.

Respectfully submitted,

D. Michael Hurst, Jr.
United States Attorney

By:

s/ *Andrea Jones* _____
Andrea Jones
Assistant U.S. Attorney
MS Bar No. 7664
1575 20th Avenue
Gulfport, MS 39501
Ph: (228) 563-1560
Fax: (228)563-1571
Andrea.Jones@usdoj.gov